**Fill in this information to identify the case:**

Debtor name      **Steffian Bradley Limited**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known)   **19-11235**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2. **Petty cash - Boston office** | $379.94 |
| 2. **Estimated cash - Enfield, CT** | $200.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Eastern Bank** | **Savings (balance as of 4/10/19)** | 4027 | $0.00 |
| 3.2. | **Eastern Bank** | **Old checking (balance as of 4/10/19)** | 3988 | $0.94 |
| 3.3. | **Eastern Bank** | **New checking (balance as of 4/10/19)** | 0338 | $107,731.33 |
| 3.4. | **Eastern Bank** | **Executive payroll account (balance as of 4/10/19)** | 3996 | $5,569.24 |
| 3.5. | **Eastern Bank** | **Enfield checking account (balance as of 4/10/19)** | 4002 | $10.64 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Steffian Bradley Limited**
Name

Case number *(If known)* **19-11235**

| 3.6. | **Cambridge Savings** | **(balance as of 4/10/19)** | | **$348,793.62** |
|---|---|---|---|---|

| 3.7. | **Hua Xia Bank (Guangzhou Division)** | | | **Unknown** |
|---|---|---|---|---|

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$462,685.71**

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Deposit with White Diamond, LLC, landlord (Enfield, CT)** | **$6,250.33** |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Stand By Letter of Credit for Landlord, Boston premises, Eastern Bank. Beneficiary: DIV Black Falcon, LLC** | **$167,130.00** |
|---|---|---|

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

**$173,380.33**

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **1,862,205.48** | - | **unknown** | = .... | **$1,862,205.48** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **3,176,470.00** | - | **unknown** | =.... | **$3,176,470.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$5,038,675.48**

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Steffian Bradley Limited** | Case number *(If known)* **19-11235** |
|---|---|---|
| | Name | |

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture (Boston, Enfield, and China) Office furniture, including tables, chairs, desks, bookcases, cubicles, samples library, kitchen appliances, photos of projects** | **$38,559.00** | **GAAP** | **$38,559.00** |
| 40. | **Office fixtures** | **Unknown** | | **Unknown** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software (Boston, Enfield, and China)** | **$26,705.00** | **GAAP** | **$26,705.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$65,264.00** |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Steffian Bradley Limited** | Case number *(If known)* **19-11235** |
|---|---|---|
| | Name | |

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. **2012 Volvo S60; VIN #YV1RH592272624215** | Unknown | Kelley Blue Book | $5,200.00 |
| 47.2. **2014 Toyota Venza; VIN #4T3BA3BB5EU055682** | Unknown | Kelley Blue Book | $13,300.00 |
| 47.3. **Auto(s) China (unknown)** | $0.00 | GAAP | $0.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $18,500.00 |
|---|

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

☑ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **Steffian Bradley Limited**                          Case number *(If known)*  **19-11235**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **Lease of 88 Black Falcon Avenue, Suite 353, Boston, MA 02210** | **Leasehold Interest** | **$528,743.00** | **GAAP** | **$528,743.00** |
| 55.2. | **Lease of One Corporate Road, Suite 102, Enfield, CT 06082** | **Leasehold Interest** | **$0.00** | **GAAP** | **$0.00** |
| 55.3. | **Lease in China** | **Leasehold Interest** | **$7,559.00** | **GAAP** | **$7,559.00** |

56.    **Total of Part 9.**                                                    | **$536,302.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** **steffian.com; sterlingplanning.com; steffian.cn** | **Unknown** | | **Unknown** |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | **Unknown** | | **Unknown** |
| 64.    **Other intangibles, or intellectual property** **Sterling Planning Alliance - registered trademark** | **Unknown** | | **Unknown** |
| 65.    **Goodwill** | **Unknown** | | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Steffian Bradley Limited** | Case number *(If known)* **19-11235** |
|---|---|---|
| | Name | |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   | | $0.00 |
   |---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities**<br>**MetLife - life insurance policy for Jane Kralik ($250,000 face value). Value is net of outstanding loans.** | $13,388.24 |
| **MetLife - life insurance policy for Jane Kralik ($250,000 face value). Value is net of outstanding loans.** | $17,556.00 |
| **New England Life Insurance Co. - life insurance policy for Kurt A. Rockstroh ($500,000 face value). Value is net of outstanding loans.** | $39,592.59 |
| **New England Life Insurance Co. - life insurance policy for Spencer Warncke ($250,000 face value). Value is net of outstanding loans.** | $17,926.47 |
| **Metropolitan Life Insurance Co. - life insurance policy for Ronald A. Vestri ($250,000 face value). Value is net of outstanding loans.** | $21,329.38 |
| **Sun Life Assurance Company of Canada - life insurance policy for Robert Humenn. Value is net of outstanding loans.** | $13,317.82 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Steffian Bradley Limited**                                          Case number *(If known)* **19-11235**
_____
Name

| | |
|---|---|
| **Travelers - Commercial General Liability Insurance** | **Unknown** |
| **Travelers - Global Companion Commercial General Liabilites Insurance** | **Unknown** |
| **XL Specialty Insurance Company - Professional, Environmental and Network Security Liability Policy** | **Unknown** |
| **Travelers - Employment Practices Liability Insurance** | **Unknown** |
| **Travelers - Workers Compensation and Employers Liability Insurance** | **Unknown** |
| **Safety Insurance Company - Commercial Auto Policy** | **Unknown** |
| **Travelers - Commercial Excess Liability (umbrella) Insurance Policy** | **Unknown** |

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| **100% owner of Steffian Bradley LTD (Canada)** | **Unknown** |
| **Architectural drawings developed for customers** | **Unknown** |

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                    | **$123,110.50** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor    **Steffian Bradley Limited**                                    Case number *(If known)*  **19-11235**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$462,685.71** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$173,380.33** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$5,038,675.48** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$65,264.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$18,500.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | **$536,302.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$123,110.50** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$5,881,616.02** | + 91b. **$536,302.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$6,417,918.02** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Steffian Bradley Limited**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known)    **19-11235**

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Eastern Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |

**195 Market Street**
**Lynn, MA 01901-1508**
Creditor's mailing address

Describe the lien
**All Asset Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**May 18, 2012**
Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 | **Massachusetts Capital Resource Company**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$266,667.00** | **$0.00** |
|---|---|---|---|---|

**420 Boylston Street**
**Boston, MA 02116**
Creditor's mailing address

Describe the lien
**All Asset Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**May 18, 2015**
Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Steffian Bradley Limited** | Case number *(if know)* | **19-11235** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$266,667.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Steffian Bradley Limited**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known)  **19-11235**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
| --- | --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $126.14 |
| --- | --- | --- | --- |
| | **A+R Food Service Corp**<br>**d/b/a Metro Catering**<br>**PO Box 146800**<br>**Boston, MA 02114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,100.00 |
| --- | --- | --- | --- |
| | **ACENTECH**<br>**33 Moulton Street**<br>**Cambridge, MA 02138** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,654.05 |
| --- | --- | --- | --- |
| | **AHA Consulting Engineers, Inc.**<br>**24 Hartwell Avenue, 3rd Floor**<br>**Lexington, MA 02421** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,882.72 |
| --- | --- | --- | --- |
| | **AKF Group LLC**<br>**PO Box 5205**<br>**New York, NY 10008-5205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Steffian Bradley Limited** | Case number (if known) | **19-11235** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alberto Salvatore**
**103 High Rock Street**
**Needham, MA 02492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amanda Rapson**
**51 Front Street, Unit A-322**
**Cumberland, RI 02864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amie Cafarelli**
**209 Sherman Street**
**Canton, MA 02021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anastasia Grunwald**
**500 Falls Blvd #6131**
**Quincy, MA 02169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andres Rincon**
**18 Pond Street**
**Apt 9**
**Jamaica Plain, MA 02130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anne Slick**
**117 Pleasantview Ave**
**Longmeadow, MA 01106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Miniscalco**
**7 Locke Hill Lane**
**Amesbury, MA 01913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Steffian Bradley Limited** | Case number (if known) | **19-11235** |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**APA LLC**
**PO Box 682**
**Randolph, MA 02368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ashley Jordan**
**1 Gregory Street**
**Marblehead, MA 01945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Former employee, for notice purposes only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$590.02** |
|---|---|---|---|

**Atlantic Coffee**
**P.O. Box 417632**
**Boston, MA 02241-7632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Barr & Barr Builders, Inc.**
**32 Hampden Street**
**Springfield, MA 01103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,169.53** |
|---|---|---|---|

**Bluedge**
**44 West 18 Street**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$169,647.26** |
|---|---|---|---|

**BR+A Consulting Engineers**
**10 Guest Street**
**Fourth Floor**
**Brighton, MA 02135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$476,911.56** |
|---|---|---|---|

**BVH Integrated Services, P.C.**
**206 West Newberry Road**
**Bloomfield, CT 06002-1352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Steffian Bradley Limited** | | Case number (if known) | **19-11235** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Candice Barter**
**88 Florida Street**
**#1**
**Dorchester, MA 02124**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Former employee, for notice purposes only**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher DiMattei**
**172 High Street**
**Reading, MA 01867**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Former employee, for notice purposes only**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,070.00 |
|---|---|---|---|

**Christopher Waltz**
**139 Boulder Circle**
**Glastonbury, CT 06033**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Note Payable - Stock Repurchase**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,078.95 |
|---|---|---|---|

**Code Red Consultants, LLC**
**154 Turnpike Road**
**Suite 200**
**Southborough, MA 01772**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Connecticut Building Congress**
**PO Box 107**
**Rocky Hill, CT 06067-0107**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Connection**
**730 Milford Road**
**Merrimack, NH 03054**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.70 |
|---|---|---|---|

**Cox Communications Inc.**
**Dept 781110**
**PO Box 78000**
**Detroit, MI 48278-1110**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Steffian Bradley Limited** | Case number (if known) | **19-11235** |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,280.00**

**Crabtree McGrath Associates, Inc.**
**161 West Main Street**
**Georgetown, MA 01833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00**

**D M Berg Consultants, P.C.**
**100 Crescent Road**
**Suite 1A**
**Needham Heights, MA 02494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Dan Brown**
**27 Oakwood Lane**
**Columbia, CT 06237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Former employee, for notice purposes only

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00**

**Davis Consulting**
**Sandy Pipitone**
**PO Box 186**
**Southborough, MA 01772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,499.17**

**Deltek Systems, Inc.**
**Wells Fargo Bank**
**Deltek, Inc.**
**P.O. Box 75967**
**Baltimore, MD 21275-5967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,460.00**

**Dente Engineering, P.C.**
**594 Broadway**
**Watervliet, NY 12189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,070.00**

**Derek Noble**
**40 Hulst Road**
**Amherst, MA 01002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Note Payable - Stock Repurchase

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Steffian Bradley Limited** | | Case number (if known) | **19-11235** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Diana Anderson**
**4 Longfellow Place**
**Apt. 1604**
**Boston, MA 02114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Diane Donaghey**
**9 Bartlett Drive**
**Woburn, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Diane Verdi Lukomski**
**44 Rugby Street**
**Holyoke, MA 01040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
| --- | --- | --- | --- |

**DiPrete Engineering**
**Two Stafford Court**
**Cranston, RI 02920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,915.99 |
| --- | --- | --- | --- |

**DIV Black Falcon LLC**
**125 High Street**
**21st Floor**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Don Luoni**
**P.O. Box 525**
**Sagamore Beach, MA 02562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Dong Deng**
**1 Franklin Street**
**Unit 3807**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Steffian Bradley Limited** | Case number (if known) | **19-11235** |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,713.79** |
|---|---|---|---|

**Doucet & Associates, Inc.**
**7401 B Highway 71 West**
**Suite 160**
**Austin, TX 78735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dr. Diana Anderson**
**403 Cote Saint Antoine Road**
**Montreal, Quebec H3Y 2J8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Edward Marcey**
**111 B Green Street**
**Marblehead, MA 01945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eli P. Battis**
**131 School Street**
**# 2**
**Boston, MA 02119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elizabeth Normand**
**10 Ridgebrook Drive**
**West Hartford, CT 06107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Emily Adams**
**139 Walnut Street**
**Reading, MA 01867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,750.00** |
|---|---|---|---|

**Engineers Design Group, Inc.**
**350 Main Street**
**Floor 2**
**Malden, MA 02148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Steffian Bradley Limited** | | Case number (if known) | **19-11235** |
|---|---|---|---|---|
| | Name | | | |

---

**3.47**

**Nonpriority creditor's name and mailing address**

**Erin Pleasants**
**17 Green Street**
**Apt. #2**
**Brookline, MA 02446**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Former employee, for notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.48**

**Nonpriority creditor's name and mailing address**

**Fitzemeyer & Tocci Associates, Inc.**
**300 Unicorn Park Drive**
**5th Floor**
**Woburn, MA 01801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$25,941.22**

---

**3.49**

**Nonpriority creditor's name and mailing address**

**Gale Associates, Inc.**
**163 Libbey Parkway**
**East Weymouth, MA 02189**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$27,750.00**

---

**3.50**

**Nonpriority creditor's name and mailing address**

**Gary Lahey**
**10 Wild Hunter Road**
**Dennis, MA 02638**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note Payable - Stock Repurchase**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.51**

**Nonpriority creditor's name and mailing address**

**Goldstein Milano, LLC**
**125 Main Street**
**Reading, MA 01867-3925**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$39,019.86**

---

**3.52**

**Nonpriority creditor's name and mailing address**

**Guerriere & Halnon, Inc.**
**333 West Street**
**PO Box 235**
**Milford, MA 01757**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$850.29**

---

**3.53**

**Nonpriority creditor's name and mailing address**

**Guntlow & Associates, Inc.**
**55 North Street**
**Williamstown, MA 01267**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,770.00**

---

| Debtor | **Steffian Bradley Limited** | Case number (if known) | **19-11235** |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,318.75 |
|---|---|---|---|

**Hastings Consulting**
**142 Hanlon Road**
**Holliston, MA 01746**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $209.71 |
|---|---|---|---|

**Independent Taxi Operators Association**
**80 Parkman Street**
**Boston, MA 02122**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jacob Droogan**
**147 Village Crossing**
**Fitchburg, MA 01420**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jacqueline Royer**
**25 Channel Center Street**
**Unit 204**
**Boston, MA 02210**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jane Kralik**
**7 Lathrop Rd**
**Wellesley, MA 02482**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jason Pollutro**
**76 Ingleside Avenue**
**Winthrop, MA 02152**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,547.91 |
|---|---|---|---|

**JCJ Architecture**
**120 Huyshope Avenue**
**Suite 400**
**Hartford, CT 06106**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Steffian Bradley Limited**                                     Case number (if known)    **19-11235**

Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,678.00 |
|---|---|---|---|

**JD Events LLC**
**2 Corporate Drive**
**Suite 955**
**Shelton, CT 06484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeffrey Oppenheimer**
**29 Wildwood Road**
**Medford, MA 02155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jennifer McCarthy**
**54 South Brook Road**
**East Long Meadow, MA 01028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Jensen Hughes, Inc**
**P.O. Box 62680**
**Baltimore, MD 21264-2680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jinbong An**
**1 Accord Lane**
**Hingham, MA 02043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Pears**
**102 Parker Avenue**
**Newton Highlands, MA 02461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Note Payable - Stock Repurchase**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joseph Porter**
**402 Highland Avenue**
**Apt 46**
**Somerville, MA 02144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Steffian Bradley Limited** | | Case number (if known) | **19-11235** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joseph Sirkovich**
**294 Marrett Road**
**Lexington, MA 02421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kaelyn Moriarty**
**24 Alrick Road**
**Apartment 2**
**Quincy, MA 02169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,193.92** |
|---|---|---|---|

**Kevin Neumann**
**30 Dartmouth Road**
**Marblehead, MA 01945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Note Payable and Interest - Stock Repurchase**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,415.95** |
|---|---|---|---|

**Kirsten Waltz**
**139 Boulder Circle**
**Glastonbury, CT 06033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Note Payable and Interest - Stock Repurchase**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kurt A. Rockstroh**
**330 Paradise Road**
**Unit # 1309**
**Swampscott, MA 01907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35,101.64** |
|---|---|---|---|

**Lam Partners, Inc.**
**84 Sherman Street**
**Cambridge, MA 02140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Larry Koehrsen**
**380 West Broadway**
**Unit 301**
**Boston, MA 02127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Steffian Bradley Limited** | Case number *(if known)* | **19-11235** |
|---|---|---|---|
| | Name | | |

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$948.79** |
|---|---|---|---|

**Lawson & Weitzen, LLP**
**88 Black Falcon Avenue**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Li Xin Brincheiro**
**16 Summer Street**
**Apt. #1**
**Melrose, MA 02176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,840.00** |
|---|---|---|---|

**Lim Consultants, Inc.**
**6 Pleasant Street**
**Suite 520**
**Malden, MA 02148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Luke Kowalyshyn**
**1 Laurel Drive**
**Stafford Springs, CT 06076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lynn Drover**
**72 Robinwood Avenue**
**Unit 2-L**
**Jamaica Plain, MA 02130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lyuba Sardanova**
**22 Hawthorne Street**
**Belmont, MA 02478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Fobert**
**17 Chipper Drive**
**South Grafton, MA 01560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Steffian Bradley Limited** | | Case number (if known) | **19-11235** |
| | Name | | | |

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Martin Gillatt** | ☐ Contingent | |
| | **102, 108 Esplanade West** | ☐ Unliquidated | |
| | **North Vancouver, BC V7M 3M8** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Former employee, for notice purposes only | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|---|---|---|---|
| | **Massachusetts Health & Hospital Assoc** | ☐ Contingent | |
| | **500 District Ave.** | ☐ Unliquidated | |
| | **Burlington, MA 01803-0585** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,550.00 |
|---|---|---|---|
| | **McNamara/Salvia, Inc.** | ☐ Contingent | |
| | **101 Federal Street** | ☐ Unliquidated | |
| | **Ste 100** | ☐ Disputed | |
| | **Boston, MA 02110** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,687.50 |
|---|---|---|---|
| | **ME Engineering** | ☐ Contingent | |
| | **150 N. Chestnut Street** | ☐ Unliquidated | |
| | **Rochester, NY 14604** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Melinda Campbell** | ☐ Contingent | |
| | **20 Athelstane Road** | ☐ Unliquidated | |
| | **Newton, MA 02459** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Former employee, for notice purposes only | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,705.56 |
|---|---|---|---|
| | **MetLife** | ☐ Contingent | |
| | **Box 371499** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15250-7499** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $126.14 |
|---|---|---|---|
| | **Metro Catering** | ☐ Contingent | |
| | **PO Box 146800** | ☐ Unliquidated | |
| | **Boston, MA 02114** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Steffian Bradley Limited**
_____
Name

Case number (if known)   **19-11235**

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**Michael Bennett**
**74 Blanchard Road**
**Weymouth, MA 02190**

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Former employee, for notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address** |

**Milone & MacBroom**
**99 Realty Drive**
**Cheshire, CT 06410**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,824.12

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address** |

**Mirelle Botros**
**18 South Street**
**# 2**
**Somerville, MA 02143**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Former employee, for notice purposes only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address** |

**Monika Zatek**
**6 Old Plate Road**
**W. Wareham, MA 02576**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Former employee, for notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.93 | **Nonpriority creditor's name and mailing address** |

**New Horizon Communications Corp**
**404 Wyman Street**
**Suite 150**
**Waltham, MA 02451**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$353.13

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.94 | **Nonpriority creditor's name and mailing address** |

**Nitsch Engineering**
**2 Center Plaza**
**Suite 430**
**Boston, MA 02108**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$90,819.63

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address** |

**North Light IT LLC**
**2 Canton Street**
**Suite F100**
**Stoughton, MA 02072**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,547.19

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Steffian Bradley Limited** | | Case number (if known) | **19-11235** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$217.26** |
|---|---|---|---|

**Optima Shipping Systems, Inc.**
**130 New Boston Street**
**Woburn, MA 01801**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,491.25** |
|---|---|---|---|

**Optum**
**The Advisory Board Company**
**PO Box 84019**
**Chicago, IL 60689-4002**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paulina Martinczak**
**3100 Albany Avenue**
**West Hartford, CT 06117**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Former employee, for notice purposes only_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**PC Connection Sales Corp**
**DBA Connection**
**PO Box 536472**
**Pittsburgh, PA 15253-5906**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,709.00** |
|---|---|---|---|

**Poole Professional Ltd.**
**107 Audubon Road**
**Building 2, Suite 305**
**Wakefield, MA 01880**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171.68** |
|---|---|---|---|

**Por-Shun, Inc.**
**P.O. BOX 423**
**Wilmington, MA 01887-0423**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52.58** |
|---|---|---|---|

**Quench USA Inc.**
**P.O. Box 781393**
**Philadelphia, PA 19178-1393**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Steffian Bradley Limited** | Case number (if known) | **19-11235** |
|---|---|---|---|
| | Name | | |

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Raquel Kober**
**5628 Lansdowne Ave**
**Saint Louis, MO 63109**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former employee, for notice purposes only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $513.13 |
|---|---|---|---|

**Recordkeeper RMS, LTD.**
**57 Littlefield Street**
**Avon, MA 02322**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Renee Bilodeau**
**248 Marlborough Street**
**# 10**
**Boston, MA 02116**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former employee, for notice purposes only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $501,843.02 |
|---|---|---|---|

**Richard D. Kimball Co., Inc. DBA NV5**
**NV5**
**PO Box 74008680**
**Chicago, IL 60674-8680**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,362.50 |
|---|---|---|---|

**Robbie McCabe Consulting, LLC**
**c/o Scheid & Company, PC**
**10 Commonwealth Ave**
**Concord, MA 01742**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert A. Humenn**
**14 Roosevelt Avenue**
**Beverly, MA 01915**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former employee, for notice purposes only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259,628.36 |
|---|---|---|---|

**Robert W. Sullivan, Inc.**
**The Schrafft Center**
**529 Main Street**
**Suite 203**
**Charlestown, MA 02129-1107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Steffian Bradley Limited | Case number (if known) | 19-11235 |
|---|---|---|---|
| | Name | | |

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Roberta L. Young
100 Wrentham Road
Cumberland, RI 02864

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Ronald E. Vestri
57 Cosma Road
North Easton, MA 02356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Ruifeng Tian
25 Chester Street
Apt # A
Watertown, MA 02472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.00 |
|---|---|---|---|

Sentinel Benefits
100 Quannapowitt Parkway
Suite 300
PO Box 4010
Wakefield, MA 01880

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

Simpson Gumpertz & Heger, Inc.
41 Seyon Street
Building 1, Suite 500
Waltham, MA 02453

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,046.25 |
|---|---|---|---|

Souza, True And Partners, Inc
265 Winter Street
Thrid Floor
Waltham, MA 02451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Spencer Warncke
13 Summit Ave.
Wakefield, MA 01880

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former employee, for notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Steffian Bradley Limited** | | Case number (if known) | **19-11235** |
| | Name | | | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,200.00** |
|---|---|---|---|

**Stambaugh Ness**
2600 Eastern Blvd
York, PA 17402-2916

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,549.23** |
|---|---|---|---|

**Stephen Van Ness**
115 Worcester Street
Watertown, MA 02472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Note Payable and Interest - Stock Repurchase

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Sue Daly**
122 Pond Street
Stoneham, MA 02180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Former employee, for notice purposes only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Susan Dean**
272 Willis Road
Sudbury, MA 01776

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Former employee, for notice purposes only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Susan Sclafani-Bible**
5 Hills Lane
Hebron, CT 06248

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Former employee, for notice purposes only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Teresa Wilson**
294 Marrett Road
Lexington, MA 02421

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Former employee, for notice purposes only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,491.25** |
|---|---|---|---|

**The Advisory Board Company**
PO Box 79461
Baltimore, MD 21279-0461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Steffian Bradley Limited | Case number (if known) | 19-11235 |
|---|---|---|---|
| | Name | | |

---

**3.124**

**Nonpriority creditor's name and mailing address**

**The City of Boston**
**Collector of Taxes**
**P.O. Box 55810**
**Boston, MA 02205**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$507.08

---

**3.125**

**Nonpriority creditor's name and mailing address**

**The Di Salvo Engineering Group**
**Structural Engineers**
**Lee Farm Corporate Park**
**83 Wooster Heights Road, Suite 200**
**Danbury, CT 06810**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$1,603.03

---

**3.126**

**Nonpriority creditor's name and mailing address**

**Theresa Harris**
**21 Nottingham Road**
**Westborough, MA 01581**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Former employee, for notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.127**

**Nonpriority creditor's name and mailing address**

**Thomas Hartman**
**17 Curtis Street**
**Wakefield, MA 01880**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Former employee, for notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.128**

**Nonpriority creditor's name and mailing address**

**THOMPSON CONSULTANTS, INC.**
**525 Mill Street**
**Marion, MA 02738**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$30,199.03

---

**3.129**

**Nonpriority creditor's name and mailing address**

**Tiffany Best**
**105 Gallivan Blvd**
**Dorchester, MA 02124**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Former employee, for notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.130**

**Nonpriority creditor's name and mailing address**

**Tighe & Bond, Inc.**
**Westfield Executive Park**
**Westfield, MA 01085**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$15,500.00

---

| Debtor | **Steffian Bradley Limited** | | Case number (if known) | **19-11235** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$111,384.41** |
|---|---|---|---|
| | **TONNESON & COMPANY CPAs PC**<br>**401 EDGEWATER PLACE**<br>**Suite 300**<br>**Wakefield, MA 01880** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Tyler Barile**<br>**16 Grove Road**<br>**Enfield, CT 06082** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Former employee, for notice purposes only | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Tyler Harriott**<br>**28 Lafantasie Road**<br>**Danielson, CT 06234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Former employee, for notice purposes only | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,717.19** |
|---|---|---|---|
| | **Veitas & Veitas Engineers, Inc**<br>**639 Granite Street**<br>**Braintree, MA 02184** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$249.86** |
|---|---|---|---|
| | **Verizon Wireless 3814-**<br>**P.O.Box 15062**<br>**Albany, NY 12212-5062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,700.00** |
|---|---|---|---|
| | **VJ Associates of New England, Inc.**<br>**35 Highland Circle**<br>**Suite 200**<br>**Needham Heights, MA 02494** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **W.B. Mason Co., Inc.**<br>**P.O. Box 981101**<br>**Boston, MA 02298-1101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Steffian Bradley Limited** | Case number *(if known)* | **19-11235** |
|---|---|---|---|
| | Name | | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,551.30 |
|---|---|---|---|

**Wozny/Barbar & Associates, Inc.**
**1076 Washington Street**
**Hanover, MA 02339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Yoochul Roe**
**34 Pond Street**
**Belmont, MA 02478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Former employee, for notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | | 2,231,918.60 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,231,918.60 |

**Fill in this information to identify the case:**

Debtor name     **Steffian Bradley Limited**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known)    **19-11235**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease for China premises** |
| State the term remaining | |
| List the contract number of any government contract | . |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services** |
| State the term remaining | **Anna Jaques Hospital** |
| List the contract number of any government contract | **25 Highland Avenue** **Newburyport, MA 01950** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services (3 projects)** |
| State the term remaining | **Archdiocesan Center, St Thomas Seminary** |
| List the contract number of any government contract | **467 Bloomfield Avenue** **Bloomfield, CT 06002** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services (9 projects)** |
| State the term remaining | **Baystate Health, Inc.** **Accounts Payable** |
| List the contract number of any government contract | **PO Box 6202** **Springfield, MA 01101-6202** |

| Debtor 1 | **Steffian Bradley Limited** | | | Case number *(if known)* | **19-11235** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services (2 projects)** | |
|---|---|---|---|
| | State the term remaining | | **Beth Israel Deaconess Medical Center** |
| | | | **330 Brookline Avenue** |
| | List the contract number of any government contract | | **OV-400B** |
| | | | **Boston, MA 02215** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services (3 projects)** | |
|---|---|---|---|
| | State the term remaining | | **Big Y Foods** |
| | | | **PO Box 334** |
| | List the contract number of any government contract | | **Randolph, MA 02368** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services (3 projects)** | |
|---|---|---|---|
| | State the term remaining | | **Boston Children's Hospital** |
| | | | **300 Longwood Avenue** |
| | List the contract number of any government contract | | **Attn: Accounts Payable/mailcode BCH3400** |
| | | | **Boston, MA 02115** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services** | |
|---|---|---|---|
| | State the term remaining | | **Brigham and Women's Hospital** |
| | | | **Partners HealthCare** |
| | List the contract number of any government contract | | **Accounts Payable** |
| | | | **PO Box 9127** |
| | | | **Charlestown, MA 02129** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services** | |
|---|---|---|---|
| | State the term remaining | | **City of Newton** |
| | | | **c/o Nicholas Read** |
| | List the contract number of any government contract | | **1000 Commonwealth Avenue** |
| | | | **Newton Center, MA 02459** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services (2 projects)** | |
|---|---|---|---|
| | State the term remaining | | **City of Pittsfield** |
| | | | **Berkshire Inovation Center** |
| | List the contract number of any | | **66 Allen Street** |
| | | | **Pittsfield, MA 01201** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Steffian Bradley Limited** | | | Case number *(if known)* | **19-11235** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services (2 projects)** | |
|---|---|---|---|
| | State the term remaining | | **Columbia Construction** |
| | List the contract number of any government contract | | **100 Riverpark Drive** **North Reading, MA 01864-0220** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Boston premises** | |
|---|---|---|---|
| | State the term remaining | **Expires October 31, 2022** | **DIV Black Falcon LLC** **125 High Street** |
| | List the contract number of any government contract | | **21st Floor** **Boston, MA 02110** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services** | |
|---|---|---|---|
| | State the term remaining | | **Erickson Retirement Communities** **Mail Stop 625** |
| | List the contract number of any government contract | | **PO Box 13600** **Catonsville, MD 21228** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services (2 projects)** | |
|---|---|---|---|
| | State the term remaining | | **Fenway Health** **Ansin Building** **c/o Mike Bettencourt** |
| | List the contract number of any government contract | | **1340 Boylston Street** **Boston, MA 02215** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services** | |
|---|---|---|---|
| | State the term remaining | | **Hartford HealthCare** **Facilities System Support Office** |
| | List the contract number of any government contract | | **129 Patricia M. Genova Drive** **Newington, CT 06111** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services** | **Health Quest Systems, Inc.** **Construction and Facilities Operation** **54 Page Park Drive** **Route 55** **Poughkeepsie, NY 12603** |
|---|---|---|---|

| Debtor 1 | **Steffian Bradley Limited** | | | Case number (*if known*) | **19-11235** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | _____ |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services** |
| State the term remaining | **John M. Cocoran Co.** |
| List the contract number of any government contract | **100 Grandview Drive Suite 203 Braintree, MA 02184** |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services (6 projects)** |
| State the term remaining | **Lahey Clinic** |
| List the contract number of any government contract | **Attn: Planning Design & Contruction 31 Mall Road Burlington, MA 01805** |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services** |
| State the term remaining | **Leggat McCall Properties LLC** |
| List the contract number of any government contract | **10 Post Office Square Boston, MA 02109** |
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services (4 projects)** |
| State the term remaining | **Martha's Vineyard Hospital** |
| List the contract number of any government contract | **c/o John Murray PO box 1477 Oak Bluffs, MA 02557** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services (3 projects)** |
| State the term remaining | **Milford Regional Medical Center** |
| List the contract number of any government contract | **14 Prospect Street Milford, MA 01757** |

Debtor 1    **Steffian Bradley Limited**

First Name            Middle Name            Last Name

Case number (*if known*)    **19-11235**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **On-site services Agreement for various printers and plotters in Boston and Enfield Expires October 2020** | **Natural Reprographics, Inc. Bluedge 21 Drydock Ave Suite 310E Boston, MA 02210** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services** | |
|---|---|---|---|
| | State the term remaining | | **NV5 Engineers 200 Brickstone Square Andover, MA 01810-1488** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services (4 projects)** | |
|---|---|---|---|
| | State the term remaining | | **Partners HealthCare Accounts Payable 399 Revolution Drive, 3rd Floor Suite 315 Somerville, MA 02145** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services (2 projects)** | |
|---|---|---|---|
| | State the term remaining | | **Partners HealthCare Accounts Payable PO Box 9127 Charlestown, MA 02129** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Auto Policy** | |
|---|---|---|---|
| | State the term remaining | **Expires 3/31/2020** | **Safety Insurance Company 20 Custom House Street Boston, MA 02110** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Sharing Agreement with Sibei** | |
|---|---|---|---|
| | State the term remaining | | **Sibei c/o Steffian Bradley Architects 744 Dongfengdong Road, 5th Floor Guangzhou, China 510080** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Steffian Bradley Limited** | | | Case number (*if known*) | **19-11235** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Sharing Agreement (staff time, support services)** | |
|---|---|---|---|
| | State the term remaining | | **Steffian Bradley Limited** |
| | List the contract number of any government contract | | **45 Gee Street** |
| | | | **5th Floor** |
| | | | **London, EC1V 3RS UK** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services (24 projects)** | |
|---|---|---|---|
| | State the term remaining | | **Steward Health Care System** |
| | List the contract number of any government contract | | **111 Huntington Avenue** |
| | | | **Boston, MA 02199-9765** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services (2 projects)** | |
|---|---|---|---|
| | State the term remaining | | **Stroudwater Associates** |
| | List the contract number of any government contract | | **1685 Congress Street** |
| | | | **Suite 202** |
| | | | **Portland, ME 04102** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services** | |
|---|---|---|---|
| | State the term remaining | | **The Macduffie School** |
| | List the contract number of any government contract | | **c/o Andrew Parker** |
| | | | **66 School Street** |
| | | | **Granby, MA 01033** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services** | |
|---|---|---|---|
| | State the term remaining | | **Tighe & Bond** |
| | List the contract number of any government contract | | **53 Southampton Road** |
| | | | **Westfield, MA 01085** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services** | **Town of Duxbury** |
|---|---|---|---|
| | | | **c/o Mr. Scott Lambiase** |
| | | | **878 Tremont Street** |
| | | | **Duxbury, MA 02332** |

Debtor 1    **Steffian Bradley Limited**

First Name                Middle Name                Last Name                Case number *(if known)*    **19-11235**

▮ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining |  |
|---|---|---|
|  | List the contract number of any government contract |  |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial General Liability Insurance** |  |
|---|---|---|---|
|  | State the term remaining | **Policy through 5/27/2019** | **Travelers** |
|  | List the contract number of any government contract |  | **One Tower Square Hartford, CT 06183** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Practices Liability Insurance** |  |
|---|---|---|---|
|  | State the term remaining | **Expires 10/12/2019** | **Travelers** |
|  | List the contract number of any government contract |  | **One Tower Square Hartford, CT 06183** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Workers Compensation and Employers Liability Policy** |  |
|---|---|---|---|
|  | State the term remaining | **Expires 1/1/2020** | **Travelers** |
|  | List the contract number of any government contract |  | **One Tower Square Hartford, CT 06183** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Express Liability (Umbrella) Insurance Policy** |  |
|---|---|---|---|
|  | State the term remaining | **Expires 5/27/2019** | **Travelers** |
|  | List the contract number of any government contract |  | **One Tower Square Hartford, CT 06183** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Global Companion Commercial General Liability Insurance** |  |
|---|---|---|---|
|  | State the term remaining | **Expires 4/22/2020** | **Travelers Property Casualty of America** |
|  | List the contract number of any government contract |  | **One Tower Square Hartford, CT 06183** |

| Debtor 1 | **Steffian Bradley Limited** | | | Case number (*if known*) | **19-11235** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services (13 projects)** | |
|---|---|---|---|
| | State the term remaining | | **Tufts Medical Center**<br>**800 Washington Street**<br>**Box 834**<br>**Boston, MA 02111** |
| | List the contract number of any government contract | _____ | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services** | |
|---|---|---|---|
| | State the term remaining | | **University of Rhode Island**<br>**c/o Jen Baccari**<br>**210 Flagg Road**<br>**West Kingston, RI 02892** |
| | List the contract number of any government contract | _____ | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services** | |
|---|---|---|---|
| | State the term remaining | | **West Point Association of Graduates**<br>**c/o Jim Hall**<br>**698 Mills Road**<br>**West Point, NY 10996** |
| | List the contract number of any government contract | _____ | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services** | |
|---|---|---|---|
| | State the term remaining | | **Westfield State University**<br>**PO Box 1360 Rm P-234 (Facilities)**<br>**577 Western Avenue**<br>**Westfield, MA 01086-1630** |
| | List the contract number of any government contract | _____ | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Guarantor of lease for Enfield, CT Premises** | |
|---|---|---|---|
| | State the term remaining | **Expires October 2022** | **White Diamond, LLC**<br>**62 Accornero Lane**<br>**South Glastonbury, CT 06073** |
| | List the contract number of any government contract | _____ | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for architectural services** | |
|---|---|---|---|
| | State the term remaining | | **Williams College**<br>**Facilities Service Building**<br>**60 Latham Street**<br>**Williamstown, MA 01267** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Steffian Bradley Limited**                                          Case number *(if known)*    **19-11235**
            First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Contract for architectural services (4 projects)** | **Winchester Hospital<br>c/o Anna Aronis<br>Support Services<br>41 Highland Avenue<br>Winchester, MA 01890** |
|---|---|---|---|
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Contract for architectural services (2 projects)** | **Woodard & Curran<br>c/o Thomas Schwartz, PE<br>1699 King Street<br>Suite 406<br>Enfield, CT 06082** |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Professional, Environmental and Network Security Liability Policy Expires 5/22/2019** | **XL Specialty Insurance Company<br>Regulatory Office<br>505 Eagleview Blvd<br>Suite 100<br>Exton, PA 19341-1120** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Steffian Bradley Limited**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known)    **19-11235**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Steffian Bradley Limited** | **45 Gee Street 5th Floor London, EC1V 3RS UK** | **Massachusetts Capital Resource Company** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |